IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| RODERICK F. LARIOS, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 120722D |
| | ) | |
| v. | ) | |
| | ) | |
| CLACKMAS COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on Defendant's motion to dismiss, filed as part of its Answer on October 10, 2012.

A case management conference was held on December 13, 2012. Plaintiff appeared on his own behalf. Joe Honl, Appraisal Manager, Clackamas County Assessor, appeared on behalf of Defendant. Defendant's motion to dismiss was discussed. Plaintiff was given until January 14, 2013, to file a written response to Defendant's motion to dismiss.

As of this date, Plaintiff has not submitted a written response or communicated with the court. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ___ day of January 2013.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*
*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*
*This Decision of Dismissal was signed by Presiding Magistrate Jill A. Tanner on January 22, 2013. The Court filed and entered this Decision of Dismissal on January 22, 2013.*